## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

SOMERSET OCEANFRONT
CONDOMINIUM ASSOCIATION,
INC.,

      Appellant,

v.

ALAN W. LEE, IN HIS
CAPACITY AS THE TRUSTEE
OF THE LEE REVOCABLE
LIVING TRUST U/T/A DATED
JUNE 9, 2008,

      Appellee.
_____/

CASE NO.  5D23-2895
LT CASE NO. 2021-CA-043070

DATE:     April 12, 2024

**BY ORDER OF THE COURT:**

ORDERED that the Joint Stipulation for Dismissal of Appeal, filed

April 12, 2024, is accepted and the above-styled cause is dismissed.

*I hereby certify that the foregoing is*
*(a true copy of) the original Court order.*

SANDRA B. WILLIAMS, CLERK

cc:

Aaron B. Thalwitzer      Adam M. Bird